# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Joel Mancilla Campos | § | Case No. 17-09297 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/23/2017. The undersigned trustee was appointed on 03/23/2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of        $    9,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 76.56 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]   $ | 8,923.44 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 01/19/2018 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,650.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,650.00 , for a total compensation of $ 1,650.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 65.54 , for total expenses of $ 65.54 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/08/2019　　　　　　　By:/s/Zane L. Zielinski, Trustee
　　　　　　　　　　　　　　　　　Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 17-09297 | PSH | Judge: | Pamela S. Hollis | | Trustee Name: | Zane L. Zielinski, Trustee |
|---|---|---|---|---|---|---|---|
| Case Name: | Joel Mancilla Campos | | | | | Date Filed (f) or Converted (c): | 03/23/2017 (f) |
| | | | | | | 341(a) Meeting Date: | 04/26/2017 |
| For Period Ending: | 02/08/2019 | | | | | Claims Bar Date: | 01/19/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2012 Volkswagen Jetta Mileage: 50,000 | 5,500.00 | 0.00 | | 0.00 | FA |
| 2. 2007 Volvo S40 Mileage: 170,000 | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods And Furnishings | 500.00 | 0.00 | | 0.00 | FA |
| 4. Necessary Wearing Apparel | 250.00 | 0.00 | | 0.00 | FA |
| 5. Bank | 200.00 | 0.00 | | 0.00 | FA |
| 6. 2016 Tax Refund Federal | 2,500.00 | 0.00 | | 0.00 | FA |
| 7. 1578 Coral Drive, Yorkville (u) | 165,000.00 | 32,000.00 | | 9,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $174,950.00 | $32,000.00 | | $9,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee filed a claim objection, once the objection is resolved the Trustee will file a final report.

Initial Projected Date of Final Report (TFR): 06/30/2018        Current Projected Date of Final Report (TFR): 12/15/2018

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 17-09297 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Joel Mancilla Campos | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX2336 |
| | Checking |
| Taxpayer ID No: XX-XXX8216 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/08/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/04/17 | 7 | Joel Mancilla Campos<br>1987 Country Hills Drive<br>Yorkville, IL 60560 | Settlement Funds | 1210-000 | $9,000.00 | | $9,000.00 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.65 | $8,988.35 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.36 | $8,974.99 |
| 03/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.05 | $8,962.94 |
| 04/06/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.33 | $8,949.61 |
| 05/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.88 | $8,936.73 |
| 06/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.29 | $8,923.44 |

| | | |
|---|---|---|
| COLUMN TOTALS | $9,000.00 | $76.56 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $9,000.00 | $76.56 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $9,000.00 | $76.56 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*       Page Subtotals:       $9,000.00       $76.56

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2336 - Checking | $9,000.00 | $76.56 | $8,923.44 |
| | $9,000.00 | $76.56 | $8,923.44 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $9,000.00 |
| Total Gross Receipts: | $9,000.00 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 17-09297  
Debtor Name: Joel Mancilla Campos  
Claims Bar Date: 1/19/2018

Date: February 8, 2019

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Zane L. Zielinski, Trustee<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Administrative | | $0.00 | $1,650.00 | $1,650.00 |
| 100 2200 | Zane L. Zielinski, Trustee<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Administrative | | $0.00 | $65.54 | $65.54 |
| 100 2700 | United States Bankruptcy Court | Administrative | | $0.00 | $350.00 | $350.00 |
| 100 3310 | Alan D. Lasko & Associates P.C.<br>205 West Randolph Street<br>Suite 1105<br>Chicago, IL 60606 | Administrative | | $0.00 | $1,447.20 | $1,447.20 |
| 100 3420 | Alan D. Lasko & Associates P.C.<br>205 West Randolph Street<br>Suite 1105<br>Chicago, IL 60606 | Administrative | | $0.00 | $20.05 | $20.05 |
| 1 300 7100 | Td Bank, Usa<br>By American Infosource Lp As Agent<br>4515 N Santa Fe Ave<br>Oklahoma City, Ok 73118 | Unsecured | | $2,620.00 | $2,986.65 | $2,986.65 |
| 2 300 7100 | Capital One Bank (Usa), N.A.<br>By American Infosource Lp As Agent<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Unsecured | | $465.00 | $474.69 | $474.69 |
| 3 300 7100 | Capital One Bank (Usa), N.A.<br>By American Infosource Lp As Agent<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Unsecured | | $393.00 | $401.44 | $401.44 |
| 4 300 7100 | Portfolio Recovery Associates, Llc<br>Pob 41067<br>Norfolk Va 23541 | Unsecured | | $6,336.00 | $6,610.88 | $6,610.88 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 17-09297  
Debtor Name: Joel Mancilla Campos  
Claims Bar Date: 1/19/2018  

Date: February 8, 2019

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 5 300 7100 | T Mobile/T-Mobile Usa Inc By American Infosource Lp As Agent 4515 N Santa Fe Ave Oklahoma City, Ok 73118 | Unsecured | | $638.00 | $1,172.90 | $1,172.90 |
| 6 300 7100 | Pyod, Llc Its Successors And Assigns As Assignee Of Fnbm, Llc Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Unsecured | | $519.00 | $563.81 | $563.81 |
| 7 300 7100 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank, N.A. Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Unsecured | | $405.00 | $451.27 | $451.27 |
| 8 300 7100 | Quantum3 Group Llc As Agent For Moma Funding Llc Po Box 788 Kirkland, Wa 98083-0788 | Unsecured | | $4,749.00 | $4,749.79 | $4,749.79 |
| 9 300 7100 | Quantum3 Group Llc As Agent For Moma Funding Llc Po Box 788 Kirkland, Wa 98083-0788 | Unsecured | | $0.00 | $341.60 | $341.60 |
| 10 300 7100 | Portfolio Recovery Associates, Llc Successor To Synchrony Bank(Sam"s Club) Pob 41067 Norfolk, Va 23541 | Unsecured | | $933.00 | $933.68 | $933.68 |
| 11 400 4110 | Exeter Finance Llc P.O. Box 167399 Irving Tx 75016, Tx 75016 | Secured | Claim was disallowed by court order entered November 9, 2018. | $0.00 | $15,828.69 | $15,828.69 |
| | Case Totals | | | $17,058.00 | $38,048.19 | $38,048.19 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 17-09297
Case Name: Joel Mancilla Campos
Trustee Name: Zane L. Zielinski, Trustee

| | | |
|---|---|---|
| Balance on hand | $ | 8,923.44 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Zane L. Zielinski, Trustee | $ 1,650.00 | $ 0.00 | $ 1,650.00 |
| Trustee Expenses: Zane L. Zielinski, Trustee | $ 65.54 | $ 0.00 | $ 65.54 |
| Accountant for Trustee Fees: Alan D. Lasko & Associates P.C. | $ 1,447.20 | $ 0.00 | $ 1,447.20 |
| Accountant for Trustee Expenses: Alan D. Lasko & Associates P.C. | $ 20.05 | $ 0.00 | $ 20.05 |
| Charges: United States Bankruptcy Court | $ 350.00 | $ 0.00 | $ 350.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 3,532.79 |
| Remaining Balance | $ 5,390.65 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 18,686.71 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 28.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Td Bank, Usa | $ 2,986.65 | $ 0.00 | $ 861.57 |
| 2 | Capital One Bank (Usa), N.A. | $ 474.69 | $ 0.00 | $ 136.94 |
| 3 | Capital One Bank (Usa), N.A. | $ 401.44 | $ 0.00 | $ 115.81 |
| 4 | Portfolio Recovery Associates, Llc | $ 6,610.88 | $ 0.00 | $ 1,907.07 |
| 5 | T Mobile/T-Mobile Usa Inc | $ 1,172.90 | $ 0.00 | $ 338.35 |
| 6 | Pyod, Llc Its Successors And Assigns As Assignee | $ 563.81 | $ 0.00 | $ 162.65 |
| 7 | Pyod, Llc Its Successors And Assigns As Assignee | $ 451.27 | $ 0.00 | $ 130.18 |
| 8 | Quantum3 Group Llc As Agent For | $ 4,749.79 | $ 0.00 | $ 1,370.20 |
| 9 | Quantum3 Group Llc As Agent For | $ 341.60 | $ 0.00 | $ 98.54 |
| 10 | Portfolio Recovery Associates, Llc | $ 933.68 | $ 0.00 | $ 269.34 |
| | Total to be paid to timely general unsecured creditors | | | $ 5,390.65 |

    Remaining Balance                 $_____0.00_

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE