**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| **Joel Mancilla Campos,** | Bankruptcy No. 17-09297 |
| **Debtor**. | Honorable Pamela S. Hollis |

**TRUSTEE'S CERTIFICATE OF SERVICE FOR**
**NOTICE OF TRUSTEE'S FINAL REPORT**

   I, Zane L. Zielinski, caused a copy of the foregoing *Notice of Trustee's Final Report and Applications for Compensation (Docket #37)* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on the creditors at the address shown below on February 8, 2019.

Dated: February 8, 2019                      **Zane L. Zielinski,** not individually but as the chapter 7 trustee of the bankruptcy estate of **Joshua Martin Friestad,**

                                                      By: /s/ Zane L. Zielinski
                                                      Bankruptcy Trustee

Zane L. Zielinski (6278776)
**THE LAW OFFICE OF**
    **ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.  773-877-3191
f.  815-846-8516
e.  trustee@zanezielinski.com

Mailing Information for Case 17-09297

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Patrick S Layng**    USTPRegion11.ES.ECF@usdoj.gov
- **Dana N O'Brien**    dana.obrien@mccalla.com, NDistrict@mccalla.com
- **Jennifer M Rinn**    Jennifer@rinnrichmanlaw.com
- **Vasilios S. Sarikas**    vss@slawus.com, smarrero@slawus.com

**Manuel Service List**

| | |
|---|---|
| Td Bank, Usa<br>By American Infosource Lp As Agent<br>4515 N Santa Fe Ave<br>Oklahoma City, Ok 73118 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Fnbm, Llc<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 |
| Capital One Bank (Usa), N.A.<br>By American Infosource Lp As Agent<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Quantum3 Group Llc As Agent For<br>Moma Funding Llc<br>Po Box 788<br>Kirkland, Wa 98083-0788 |
| Portfolio Recovery Associates, Llc<br>Pob 41067<br>Norfolk Va 23541 | Portfolio Recovery Associates, Llc<br>Successor To Synchrony Bank(Sam"s Club)<br>Pob 41067<br>Norfolk, Va 23541 |
| T Mobile/T-Mobile Usa Inc<br>By American Infosource Lp As Agent<br>4515 N Santa Fe Ave<br>Oklahoma City, Ok 73118 | Joel Mancilla Campos<br>1578 CORAL DRIVE<br>YORKVILLE, IL  60560 |